**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERMAINE H. KING,<br><br>Plaintiffs,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES LP<br><br>Defendants. | Civil Action No. 17-13363 (SDW)(LDW)<br><br>**ORDER**<br><br>January 10, 2018 |

**WIGENTON**, District Judge.

On August 14, 2017, Plaintiffs, Germaine King and Melissa Reynolds filed a complaint against several defendants, including Defendant, Resurgent Capital Services LP ( Docket No. 17-6107). On August 16, 2017 that matter was dismissed on the record, in open court. The matter was dismissed, in part, because the initial matter of <u>Resurgent Capital Services LP v. Reynolds and King </u>– (Docket No. 17- 605) was remanded to state court on June 19, 2017. Both Plaintiffs were advised that any claims they were alleging against Defendant, Resurgent Capital Services should be pursued in conjunction with the pending remanded case.

Notwithstanding the remand and direction from the Court, Plaintiff, Melissa Reynolds, on behalf of Germaine King and herself, filed several requests to reopen the case and/or refund the filing fee in <u>Reynolds and King v. Resurgent Capital Services LP</u> (Docket No. 17-6107). On November 30, 2017 this Court filed an order denying the request of Plaintiffs to reopen the matter (17-6107) {See Docket Entry 18}. Further, Plaintiff Reynolds was barred from filing any additional Motions for Reconsideration; Motions to Reopen; or Motions for Refund of the Filing Fee without approval from this Court.

Plaintiff, Germaine King now brings the present action against Defendant, Resurgent Capital Services LP, requesting that he be permitted to proceed without prepayment of fees. For the reasons set forth on the record on August 16, 2017, the request is **DENIED**. The information set forth on the present Application to Proceed Without Prepayment of Fees or Costs is not credible given the historical, chronological and factual information pertaining to Plaintiff, Germaine King, which was outlined in detail, on the record, on August 16, 2017 in the following matters: _Resurgent Capital Services LP v. Reynolds and King_ – (Docket No. 17-605); _Reynolds/King v. Resurgent Capital_ – (Docket No. 17-6107); _King v. LTD Financial Services_ – (Docket No. 17-3230); _King v. One Main Financial_ – (Docket No. 17-3223); _King v. Alliance One Receivables Management_ – (Docket No. 17-3227); and _King v. GC Services Limited Partnership_ – (Docket No. 17-3231). Additionally, Plaintiff, King voluntarily dismissed several other matters prior to the initial Order to Show Cause, which was scheduled for June 19, 2017.

For all of the above reasons, IT IS ORDERED that Plaintiff King's request to proceed without prepayment of fees or costs is **DENIED with prejudice** and

IT IS FURTHER ORDERED that Plaintiff King shall not be permitted to amend this Complaint as such amendment would be futile.

_____
Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Parties
        Leda Dunn Wettre, U.S.M.J.